# UNITED STATES DISTRICT COURT

## District of Minnesota

Andres Quinter Rosales,

Petitioner,

v.

Kristi Noem, David Easterwood, Todd M. Lyons, Pamela Bondi, Warden, Executive Office for Immigration Review,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1033 ECT/EMB

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Andres R.'s Verified Petition for Writ of Habeas Corpus [ECF No. 1] is **DENIED WITHOUT PREJUDICE**.

Date: 2/10/2026

KATE M. FOGARTY, CLERK